UNITED STATES OF AMERICA
FEDERAL SUPREME COURT

REC'D NOV 27 2023

Date_____

DEON SINKFIELD JR. Individually and on behalf
of all others similarly situated.

Petitioner: Stock Import Name:

Vs.                                                                                                  Civil No._____

**UNITED STATES OF AMERICA INC.**

Respondents:

Affidavit of Petition (§ 8-102) adverse claims, In Urgent recognition under this Declaration of Emancipation that I bring forth for my Hebraic indigenous Tribes that was ignorantly called African American On June 20, 2022, by Vice President Kamala Harris in Consideration of this independence. And this is where we seek a dispute against all these fraudulent Shareholders and Stockholders of this Quasi Corporation of America, Etc (28 U.S. Code § 2679 (b)(1)) under this format of the Ten Maxims Commerce of Law, for our set apartness from all Civil bodies and obligations of all Commercial trusts and Accounts that was "taken from us" within this District of Columbia Organic Act of 1871: Of this Territory of Washington, DC Whom proclaimatted war against its Admiralty Maritime Federal citizens which was fashioned, then Signed and set for Contractual obligations by President Franklin D. Roosevelt in 1933 that is Treason, view (8.D,P). And all its Shareholders and Stockholders as a State or Grantee across the Sea's must return all things, whom I seek this "Release with Recovery from" to my creditors whom are the Tribes of Yashar'ale that's labeled as the Transatlantic slaves that's listed also under this Congress log H.R 1242. No longer declared dead nor lost at Sea, by these beneficiaries which are the Vatican UN/UK Share's within this "QUASI Contract" CESTUI QUE USE Vie 1666 Act of Britain! that's in exposure of all fraudulent Human Resource loans and Obligations by Illegal Contracts (28 U.S. Code § 1346 (A)(1). Such as in the realm of the SEC UCC and Article 2 CISG Contracts as Mere Chattel (28 U.S. Code § 2680 (i)(k)(N) within these loan obligations of this 1933 BIS International Bank, that consist of its shares as well such as the TBOL, BOE, WORLD BANK GROUP and CENTRAL BANKS entirely. For release of all of our Biblical Substance as listed Scripturally as this Church Quasi Government of Rome knows of, and to be Restored unto our Tribal Families with all of our possessions according to My title to the Crown and Scriptural Birthright "well alive" with all that belongs to my entire 13.4% of my Tribes Value which belongs to Yashar'ale alive in Sovereignty unto our Holy YAH as stated below against all obligations in full allodial entitlements. (No matter what may happen to "all" these Quasi Grantee debtors listed above that I come to collect this (GASB No.34) debt value from of these creditors individual Trust and private accounts sums, in full stated under these Strawman Master Cusip and TDA Quasi Contracted obligations by this Class Action (§19-1305.07) Charge Back Non-Negotiable bill of Exchange §28-2303 because of this eminent domain of unjust enrichments of these shares as our Beneficiary). That have's a Hand in this Nationally or Internationally by this marketing off of my Tribes MCO security certificate records (§ 9-105 (A)(4)) under these Security Stocks, Accounts and Trust Fraudulent Contract obligations as a promissory note (Title 12 Sec. 1831n (2)(A)) and international loans within these Banking Systems in full that we as the One and only true YAH Saints seek these financial statements from.

## Breach of Contract

I, Elyakim D. Beulah in Sovereignty come in the name of the LORD my YAH, declare: In Faith. I AM the Petitioner/Plaintiff in this case. I have Biblical knowledge, Commerce Security and Personal knowledge of the facts I state below and if I were to be called as a witness against those whom defends this Corporate Security Stock Fraud and Unjust enrichments. I could competently testify about what I have written, in this Writ of Petition to obtain all of our Restitutionary damages and our true independence through this Emancipation outside of this breach of contract by the Accurate Viewable Evidence I set before the FEDERAL SUPREME COURTS of UNITED STATES OF AMERICA this day herein. Our Stolen Lands about this territory of Washington, DC FEDERAL 28 USC 3002 (15) (A)(B)(C), District of Columbia Organic Act of 1871 and Firstly for our Redemption from all its-

civil bodies regarding this Strawman UCC Registry and Intro7.2 Separation of power Act and CESTUI QUE USE Vie Trust Act of 1666 of Britain. With a Chargeback Non-negotiable bill of Exchange (§28-2303) under our biblical set apartness with all of our Scriptural possessions by this Declaration of Emancipation that come into existence because of our original Contract for Restitution Recommendation form I come to liberate my Tribes by from this act of Contributory negligence, for all that was "taken from us"! In Accordance with this June 20, 2022 VP Kamala Harris Statement.

Release From Quasi Obligations:

  To: The UNITED STATES FEDERAL SUPREME COURTS Administration of "judicial" services in upholding of the Law of the "Second Constitution" and too all its fifty-two Corporate Capitol Hill's Shareholders on Stolen Lands, that's entitled to legally accompany this Quasi Parent Corporation of America whom are the Grantee debtors of this Quasi Contract under this fictitious Strawman obligation creation of 1933 throughout my Estates. I, King Elyakim D. Beulah as a third-party Collector, as a Sovereign Man unto the LORD my YAH come to recover all my Tribal creditor possessions in full Interest from this District of Columbia Organic Act of 1871 to establish our independence, by this Chargeback Non-negotiable Bill of Exchange (§28-2303) in Compensational lawful reasoning as explained in my case file # 27-CV-23-4647. Whom are sadly displayed and Known as a human resource collection of value set forth for Collateral that's ordered under this Secured Department of Defense trustee (USC 15) As all Real - Men with Hands and legs, and all real Land in the United State of America as a lien (28 U.S. Code § 1346 (A)(1)(2) (We are human capital" (Executive Order 13037) The world cabal makes money off of the use of your signatures on mortgages, car loans, credit cards, your social security number, etc. The U.N. – United Nations – has financed the operations of the United States government (the corporation of THE UNITED STATES OF AMERICA) for over 50 years (U.S. Department of Treasury is part of the U.N.) and now owns every man, woman and child in America. The U.N. also holds all of the land of America in Fee Simple. The good news is we don't have to fulfill "our" fictitious obligations. You can discharge a fictitious obligation with another's fictitious obligation.) under this territory of Washington, DC Admiral Maritime Appletee law contracting Commerce private security obligations of Custody, that places my Tribes under an extensive hand of the Pope of Rome that runs this Man-made law of the Planet under his secured status, which our universal law overrides for our Prophetical Jubilee and Rulership with all of our Restitutionary damages and Values that have been "taken from us" by these Treasonous deeds of this Quasi Contract we've known not about through this strawman creation. Whom my Heavenly Holy Father Scriptural inspiration speaks prophetical End time events against when it comes to this Abominable Church of unjust enrichments and enslavement (20. Britain is owned by the Vatican. (Treaty of 1213) 21. The Pope can abolish any law in the United States (Elements of Ecclesiastical Law Vol. 1, 53-54) 22. A 1040 Form is for tribute paid to Britain (IRS Publication 6209) 23. The Pope claims to own the entire planet through the laws of conquest and discovery. (Papal Bulls of 1495 & 1493) 24. The Pope has ordered the genocide and enslavement of millions of people. (Papal Bulls of 1455 & 1493) 25. The Pope's laws are obligatory on everyone. (Bened. XIV., De Syn. Dioec, lib, ix, c. vii, n. 4. Prati, 1844 Syllabus Prop 28, 29, 44) because of this vanity this Roman Church Government Established in falsehood before and after our Scriptural Sentence has come into completion of 400yrs. With these Civil body councils whom we're no longer a Slave Financial Mere Chattel "item" too in holdings! [ As this promissory note they made us the backing of this World Top Currency System as "Mere Chattel " Personal property labeled as goods bought and sold unto the marketplace, for their reasoning outside of these Emancipations and abolishment's of slavery. Under this formality as their product of their fictitious environment without our Permission as this became a blind treasonous attack against us as the Tribes of Yashar'ale being brought into this secret obligational contract as signees off our birth certificates "within these Hospitals" that gets used as top dollar value by (28 U.S. Code § 2680 (i) this Department of Commerce and Treasury/ IMF of the UN, for the uplifting of this Monetary Stocking system as energy surges into this BIS fiat loans international program we find that's a major breach of Contract. To stay afloat in this Quasi Corporation obligations under these private and secret contracts and trust accounts that's hidden from us as we're the poor and needy. Which are "Cusip and TDA and the Trust is a Cestui Que Vie Act of 1666" That Britain established as if we're dead and lost at Sea all from our understanding with real and personal property and its max (28 U.S. Code § 1346 (A)(1).] Spiritually, Physically Mentally or Emotionally since Aug 20th 2019-present off this Formulation as these paper certificate securities under this Act of 1933 auctioned as Security Records within many contract obligations that strove this Corporation engine off unjust enrichments within this Stocks and bonds Market of Fraud that's shown also being defended in this Hennepin County 4th district Court's "Judicial" Branch of Mpls, MN. By those whom chosen not stand up to protect this Corporation fraud we come after "not the Actual person" that I have in process of being prepared for appellate courts by a Writ of certiorari also even if this petition can stand for that issuing we have as the Tribes of Yashar'ale. Against all the Shareholders and Stockholders under this affidavit Freedom Contract for Restitution Recommendation debt whom are labeled as "agencies" that is explained under its own separate formality and now set apart from its originality of our Contract for Restitution case 27-CV-23-4647, unto this QUASI Contract Affidavit of Petition format that displays all of these silent corporate contracts obligations of unjust enrichments unto whom is reading this as a FEDERAL Administrator employee of this Territory of Washington, Dc and not a "Judicial" Government Branch employed "judge" and if you act as a judge in this Ruling "not under this Treason" of this 1933 martial law you're in Fraudulent misrepresentation View (D,8.P), and your ship has gone into Derelictio by this misrepresentation of your title since this 1789 dead state. As Representation cannot be revived within this republic jurisdiction in honoring this "Constitutional law" until this State Of Emergency: FDR Act is being handled justly without unjust enrichments of this breach of contract within this Quasi District of Columbia Organic Act of 1871 Banking system, as an administrator unto us in your righteous use of this operational order of -

your oath to this Second Constitutional Law ( You CANNOT use the U.S. Constitution to defend yourself because you are NOT a party to it! The U.S. Constitution applies to the CORPORATION OF THE UNITED STATES, a privately owned and operated corporation (headquartered out of Washington, DC) much like IBM (International Business Machines, Microsoft, et al) and NOT to the people of the sovereign Republic of the United States of America. (Padelford Fay & Co. v The Mayor and Alderman of the City of Savannah 14 Georgia 438, 520) under this Corporate Administrative Office of Washington, Dc as a Territoriality either by Honoring it or not honoring your Correct Status under your stand for this Admiralty Maritime "Second Constitutional law" for this Just Compensation unto my Tribes, as an administrative legalese for direct Judgment under this Act within this 1933 declaration of Martial law.

(1) Where the Doctrine of piercing the corporate veil is strongly applied in the Authority of our Self-governance of Energy as the people In our Holy KING ordinance here within our Land interest and Holy true Laws as the real and Personal property interest herein as the true Yashar'ale set apart outside of this (1606-19-24) Company in Virginia and all its 1871 Contracts Shareholders and It's formational 1933 wall st Stockholders as there X Serfdom or Feudalism's real or Personal property unto this CESTUI QUE USE" actual trustee (USC 15) obligation, but unto ourselves as a non-taxable unincorporated Tribe since it was "taken from us" and not fully upheld by this Strawman Quasi Corporation of America Declaration of Emancipation proclamation on June 20, 2022-present as of the words this VP Kamala Harris stated. That's now inspirited under our piercing precept of (Num 24:8) as we as the true Tribes of YAH have our Bow ready class action wise in validation against all fraudulent promissory notes of these UCC, CISG article 2 contracts of international and National obligational trades, that a internal investigations can find under this BIS loan program that I seek my creditors deposit receipts from with their bona fide signatures otherwise we seek forgery charges also against all whom gained these unjust enrichments off our certificate Security Records, for our true Emancipated Sovereignty with all of our possessional values these Grantee Bankers bookkeeping's can prove on this behalf of my creditors. For our use as Reparations after the findings of an internal investigation being done by the tracking of these Security certificates numbers that shall prove what was "taken from us" when it comes to our Bodies worth's sovereignly being detached from all Civil Commerce now as this backing behind these systems off these implied treasonous contracts that lead to unjust enrichments for this Quasi Corporation of America, Etc we seek full disclosure. While under our true Scriptural Jubilee that must be applied by our Spiritual LAWS now even as Abraham Lincoln realized by our Jubilee first in 1863, as our truth of our Jubilees regulates in the Heavenly Books of our Holy KING that consist of these Captivities and Releases with Spoil/ Possessions "Scriptural terms". Outside of this Roman Parent Corporation Admin Church laws of the council of Trent of forgeries, and as more proof against this Quasi Corporation contracts we bring forth Pope Francis letter to X President Obama Please view this, it's extraordinary quality in it on our behalf in Recoveries ( Https://prepareforchange.net/2015/08/20/pope-francis-sends-obama-powerful-letter-via ) and this Roman church Government knows Prophetically they must endure this complete continuance of this Prophetical end time consuming of our Scriptural plagues. Which indeed scientists calls Global warming, as we all shall as well finish watching this entire Strawman Creation of this Corporate America under this FEDERAL Admiralty Maritime Commerce Citizen-ship of Custody and fraud, Fall out of the strongholds of democracy because of these unjust enrichments and Heinous acts that have occurred to my Tribes and now as our recompense against all things that shall be destroyed by our Holy KING right hand that consist of these Corporal Branches and all the Nation's that the Holy Elemental Malakims find guilty that's involved with this Harm of my Heavenly Father Tribes of Yashar'ale. Now that we all have secretly become held as these modernized industrialized Emancipated slaves in war as of 1933-present and now after our release of Aug 20th 2019-present 400yrs. Where we will not face these new world orders any longer under this World Galactic FEDERAL Corporate system as so-called citizens to the territory of this Washington, DC Quasi Branch Headquarters of this British Crown elites or this Roman Vatican City.

(2) And I Come in the name of the KING my HOLY Heavenly Father that's the creator of all things, plus this word and its true implementation of Sovereignty unto our Land whom is the owner of our flesh, blood and Spirit as we've always been a People of our own faith set apart from all these Illegal sinful activities of another law or servitude that break our Laws of our Heavenly Father Authority such as our 10 Commandments. That I AM here to take my Tribes out of when it comes to these illegal Corporate entity obligations since 1666-1789 and from this reformation of securities in this act of 1933 as this shall be the piercing to all its political illegal and legal legalese that never existed "Judicially" on any of our Sovereign Lands by jurisdiction outside this republic even though this Congress canceled the first Continental Presidents, while under all the Heinous acts it has done to my Tribes as a alter-ego FEDERAL 28 USC 3002 (15) (A)(B)(C) instrument as this 1871 establishment (There are NO Judicial Courts in America and have not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. (FRC v. GE 281 US 464 Keller v. PE 261 US 428, 1 Stat 138-178) Governing source to our Lands or Us any longer, We have our Holy KING with us and the Spiritual backing of our Holy Malakim of him directly in all things as our full power to Spiritually stop (Act 29:11) all these plagues also that has come because of these rejection unto our Holy KING warning of release of us as the true Biblical Descendants of Yashar'ale on Dec 19th, 2019 with our "Enormous" debt that shows these multiple Claims that was filed April 11, 2023. For all of our Restitutionary damages once we recover all that's ours as stated below in this Constitutional legal affidavit, against all whom are connected to this Quasi Corporation of America, Etc as Grantee's of these silent private treasonous Contract obligations that we did not know about even though they consist of all that was "taken from my Tribes" as-

the true issuer's! unjustly by body and Land under the Serfdom Act (Constr. Co. V. State, 383 N.W.2d 416, 417 (Minn. App. 1986). So, now by this Righteous ruling we seek from a true Non-fictitious administrator that's not backing this 1789 Governmental fraud as a Corporate legalese that's in hybrid understanding of all these listed case laws and doctrines as listed below, that we seek strongly to come into existence as a part of our Lawful backing as part of the strength in this Remedy with this additional Emancipation Proclamation statement on June 20th 2022, by this oval Administrative VP "Kamala Harris" (https://youtu.be/N0yf3R3-PDQ ) that's well explained in our expressed Complaint and Sum Statements in the case file# 27-CV-23-4647 to be rewarded. That have gone into Default for judgment because of this Draconian fraudulent masterpiece of these Vast Corporations of this Roman Vatican city Branches within this Washington, DC Territory with its share of these World Galactic Shareholders and Stockholders because of an undisputed legal due process for our Restitution/ Reparations by the rules of the Ten maxims Commerce of Law that places this UCC and CISG Article 2 Commercial Contracts obligations in questioning for our Value and damages, that's empowered off of our Actual Security Records values such as birth certificates and SSN'S and all security papers that proves this outstanding Fraud, Treason and unrighteousness of this unjust enrichments on the behalf of this District of Columbia Organic- Act 1871 that's in cahoots with this Securities act of 1933 that's connected within this 1930-33 BIS international bank Establishments with its shares whom uses our certificate records for top values.

## Quasi Contract Obligations For Recovery:

I, would like for all the affidavits of Evidence to be utilized by its Formality to give this FEDERAL Administration of the Supreme Courts of America understanding by this Remedy of Petition with the help of my case file of 27-CV-23-4647, that has come forth as a Sovereign detachment of release under this "Declaration of Emancipation" In Dissolutional formation proclaimed by I the Crown of Yashar'ale with my Father. To be set apart from this Entire Quasi Corporate embodiment of this UNITED STATES of AMERICA Inc. and the Roman Church Constitutional Monarchy of Great Britain, that's of all the Biblical Houses of Edom that's Branches to this House of Commons for-profit Company (Number UC2279443) and this House of Lords, "The United Kingdom Corporation LTD" (Number 09620443) foundational structures of Security interest Certification Robberies whom placed their Baronet Rotten and Corporate broken Scepter/ Metonymy on my Landmass to be Recognized under this "Judicial" Department of Defense Wars of Treason [ State of Emergency Act of 1933 FDR ] under this archbishop by the name of Deric R. McCloud of Basilica Shrine, Michigan and 4th NE Street, Washington, Dc that's proclaimed by this company "Dunn & Bradstreet". And by this Petition we demand a great internal investigation to begin immediately by the tracking of these Security Papers numbers of all the Certificates that condones my 13.4% of Tribes that's labeled as Mere Chattel stock Values unto this Marketplace for all Restitutionary damages to be strengthen for recoveries off our Actual debt value of these unjust enrichments to these Quasi Contractual obligations, that have come into existence over these 400yrs of Partial Indentured servitude and heinous Acts and Discriminations, Redling and many Genocides that have been slightly Recognized by this Congress way of H.R 1242 as a silent insult towards us by these damages as the Seed of YAH. That we Scriptural would have pass on anyways (Deut 8:18-20) because it's not true freedom by Restitution or by Scriptural law of our Jubilee or True Emancipation from this Quasi unjust enrichments (Co. v. State, 363 N.W.2d 130 (Minn.Ct. App.1985) as a way of our return back home from these Treasonous deeds of this Securities Act of 1933 State of Emergency Act of 1933 FDR under This Strawman Creation Federal Citizen-ship Obligations of this Quasi Corporation of America. As, this also has become this District of Columbia Organic Act of 1871 Biblical and Civil Dissolution of its intro7.2 Separation of Powers and UCC Act: Why? because it has striven strongly against my Tribes by becoming this actual alter-ego instrument by its Quasi Autonomy that shows their Scriptural vanity, that have been gaining all things as a resourceful injustice under this treasonous Strawman's creation since 1933-present with our possessions by the oval Pin of this Executive signature of this X President by the name of Franklin D. Roosevelt. Which now has come to the light as a Whistle-Blower of tremendous fraud and its ending of this Fictitious incorporated Contractual obligations (Pascal v. Tardera, 1986, 123A.D2d 752, 507 N.Y.S.2d 225") of Human resourceful robberies that's caused by this actual State of Emergency Act of 1933 FDR that placed us in this industrialized Modern-day enslavement (We are slaves and own absolutely nothing, NOT even what we think are our children. (Tillman vs. Roberts 108 So. 62, Van Koten vs. Van Koten 154 N.E. 146, Senate Document 438 73rd Congress 1st Session, Wynehammer v. People 13 N.Y. REP 378, 481) of these Security Corporate Defendants stock power's that backs this tyrant entity for this Fraudulent proposition for its shares such as the UCC and Article 2 CISG Shareholders financial gains on our Lands under the Department of Commerce and the Department of Treasury/ IMF UN "CESTUI QUE USE" Vie Act of 1666, Cusip and TDA settings (1. The IRS is Not a US government agency. It is an agency of the IMF (International Monetary Fund) (Diversified Metal Products v I.R.S et al. CV-93-405E-EJE U.S.D.C.D.I., Public Law 94-564, Senate report 94-1148 pg. 5967, Reorganization Plan No. 26, Public Law 102-391) Followed by these case laws (2) and (3) view (D,8.P). Whom the Vaticate/ Britain are beneficiaries too that has been caught in these fraudulent tyranny acts as this dead Corps of this UNITED STATES of America Inc. under this Martial law act and Admiralty Maritime Commercial civil Sea law as policyholders (Key Bank of Southeastern N.Y. v. Strober bros., Inc, 1988 136A.D.2d 604, 523 N.Y.S.2d 855") since these Bracket Custody years of the Transatlantic slaves kidnapping services with these shareholders such as EIC and RAC, SSC that are Maritime Companies of London [1535-1666/1789/1871/1933-present], Especially now that our Biblical Sentence has come into completion firstly on Aug 20, 2019-Present Scripturally and have become defended under this intrinsic fraud to this Quasi Hennepin County Judicial 4th-

district Courts in Mpls Mn, Sep 8, 2023 by a Dismissal for so called failure to execute procedure rule 4 of the STATE/COUNTRY of MINNESOTA. Under this avoidance of our Default for Judgment dispute for this Compensation including the liberation of my 13.4% of my Tribes from this "trust as collateral value", that's backed by a Militant sword until this day under this Biblical Conquest in Confederacy with "all" of their Roman Corporate American Colonizers, Modernized Agencies of Stock Control that's shares through this Washington, Dc territory of This District of Columbia Organic Act of 1871.

(A) That are now facing these charges for all these Heinous acts such as all that consist of their FBI Cointelpro Secret assassinations of my Brethren under the hand of the FBI Director J. Edgar Hoover as a fleet stock company bought by this Corporate business of the Vatican City for the protection of its Territory of Washington, Dc Stock Security that secure these unjust enrichments. Which also defends this Dehumanizing and Discriminations, Police brutalities by not releasing our Restitutionary debt and value unto us that was contained by these shareholders because of this Contributory negligence (It is NOT the duty of the police to protect us. Their job is to protect THE CORPORATION of America and arrest code breakers. (SAPP vs. Tallahassee, 348 So. 2nd. 363, REiff vs. City of Phila. 477 F. 1262, Lynch vs. NC Dept. of Justice 376 S.E. 2nd. 247) that my affidavits shines a saddling light unto that happened and still exists upon our Lands under the listed" Such as Serfdom and Nowadays Deception of Feudalism's with all these Roman European allies Settlers that's Connected to the Continental Forefathers of great Britain under this Quasi Baronet's Corporate private Virginia structure under Robert "King James I of England of this imported Virginia Company of London in (1606-19-24) and many others as these Roman Shareholders Corporate Modernized American Colonial contract agencies etc, by all its wicked deeds as so-called Missionary masters of this Roman Baronet's Church Government in our interest of our Lands that's been handed over to this- District of Columbia Organic Act of 1871 intro7.2 Separation of Powers Act that's in full operations of this Admiralty Maritime Commercial Law of the Sea as if we're dead and lost at Sea according to this CESTUI QUE USE Vie trust ACT of 1666. And while under this Serfdom and nowadays Deception of Feudalism's these Corporate allies that's Connected originally to this Corporation as governmental falsehood proved their own Dissolution by this case study of United States VS Strang 254 US 491 (The United States does not have any employees because there is no longer a United States! No more reorganizations. After over 200 years of bankruptcy it is finally over. (Executive Order 12803) 6. The FCC, CIA, FBI, NASA and all of the other alphabet gangs were never part of the U.S. government, even though the "U.S. Government" held stock in the agencies. (U.S. v Strang, 254 US491 Lewis v. US, 680 F.2nd, 1239) that shows this system has been Under Bankruptcy since 1865-2023 as we're still wondering about the truth of our ancestors Freedman trust account also that sit dormant in custody of this Department of Treasury whom later established this BIS international proposition in 1930-33 under this Securities Act of 1933 that was set against us and signed to establish these secret security human resources contracts off our value (UCC in Re investors and Lenders ltd 165 B.R 389 BANKRUPTCY DNJ. 1994) of worth as a stock that now have fallen Under the hands of this World bank that placed them in this National Bank Control and international trade for loan proposals, that's delivered directly to and through the BOE, Central Bank(s) that helped these other Nations instead of our own. As we're still looked at as the Transatlantic slaves in Custody under this Admiralty Maritime Commercial law as dead FEDERAL citizens whom are lost at Sea according to this CESTUI QUE USE Vie trust ACT of 1666 Trust of Britain whom refuses to honor our Scriptural Jubilee (Lev 25:9-13) by Restituting this Biblical historical matter that can help my tribes to become back a Nation of Righteous expertise by with our Remedy to become a Nation/ independent state. And according to my aboriginal indigenous Tribes whom are originally the House of Yashar'ale we set forth our 1866 peace Treaty info unto this Quasi Corporation of America Etc, as stated (Cherokee Nation v. Nash 267 F. Supp.3d 86 (2017)) Many Times on the behalf of these Serfdom and Feudalism's damages.

(B) As my 13.4% of Tribes as the house of Yashar'ale on these Grounds of Turtle Island in poverty asking for the use of our Reparations still because of what has happened to us heinously, and now for what helps these Corporate shares of this District of Columbia Organic Act of 1871-1933-present by these unjust enrichments that keep becoming a current wave of value to these shareholders instead of a chargeback reimbursement towards the need of what belongs to us that was "taken from us" that caused our poorness as the needy while under these fraudulent Secret Master Strawmen's Cusip and TDA Private accounts as a security backing to this lousy fictitious debt and as this Department of Defense lien, plus these loan obligations. "Unknowingly" (https://youtu.be/-Cmc12Dvqhs) as this Codification also have secret ties that came into existence under the League of Nations Codification Conference that was held in the Hague from 13 March to 12, April 1930 as logged, in structuring this Admiralty Maritime Sea law, Monetary Stocking Commerce system. As, an Illegal Certificate Security stock that have replaced my Tribes from being Freedman from this actual chattel slavery unto becoming as a mere Chattel Slave Personal property for marketing across these Sea's under the law of trade after this Quasi Contract Act of 1872 under this new Chattel National and international program when Congress logged Abolishment's and Emancipations by Proclamation December 6, 1865. Where we as a people in oneness within our Scriptural Laws and ordinance of our Creator whom is our Holy Inspiration by Scriptural overstanding seek this release and our Laws to be upheld and acknowledged in all innerstanding by all councils of America and Rome, when it comes to what we honor of our Holy Oath as a Freedman unto our Heavenly Father and that we will not as the true people of the Most HIGH YAH honor no other laws such as Constitutionalism's or cursed Capitalism's that came from filthy plans in Fraudulences, as this Class Action is to establish our set apartness with all our possessions. By our contract of Oath that came-

by the way of Holiness and Righteousness by our Prophet of our Heavenly KING whom was sent unto us in the first Egypt by the name of Moses to Establish our separation as a peculiar Nation in the first place from all nations unrighteousness, and our Scriptural proof gives this explanation of my Spiritual Birthright implication of all that consist of our Land and Waters/Sea's throughout our Scriptural inheritance for these later day prophetical events of Liberation unto my Brethren and Sisters and those whom seek our laws only, that proves I AM well alive and here to claim all my Tribes that has been found within this Sea as Dead Biblical children of my Holy Heavenly Father (Gen 25:23-34, 27:35-42). That shows whom we're outside of this codified Balfour Declaration contract of reformation Israel established with Great British on May 14, 1948 as well whom are under this stolen Nationality of ours that reap tremendous financial stability, because of this Baronet Lord by the name of Rothschild in 1917 that have a letter of confirmation that made us look even more dead and lost at Sea under this trust act of [1666-1917-2023] by sailing our true Scriptural inheritance off into a false land while we're under the hand of these Robberies, and now I come too reclaim all my Tribes true information and properties from this Pope of the Vaticate that's in his Vault that we seek an internal investigation of as well for this falsifying of information and our purchase price that sits in London slavery Bank and for this Rothschild & Co of London And the Congress of America to give back all things of my Tribal belongings that pertains our blessings that was given unto this falsehood as an Aid. That I claim back in Redemption unto me that's under this obligation of all titles also that's in all vaults that's of my Tribes from the policyholders of these CESTUI QUE USE Vie trust ACT of 1666 as institutional bank branches, as they're also shares of this Territory in Washington, Dc whom currently haves us in this "Citizenship custody" within Admiralty Maritime Commercial Law still until this day even though we've been labeled alive through this Recognition of this H.R.1242 congress log and Emancipation of this June 20th 2022 statement of this VP Kamala Harris. And by my Spiritual Birthright we shall receive all things back under this Redemption of our "Strawman's" that's under this ancient "Quasi Contract" we're birth into as this Security Stock in transformation for unjust enrichments as Mere Chattel unto this import Harbour actuality of 1933 exported out of our mothers water into this District of Columbia Organic Act of 1871 as slaves, Now In release from all this falsifying of outstanding information from these Baronet's
( https://www.tiktok.com/@rebeccasymone_/video/7193797986302971179) British Roman "owners" that's involved in this Default of Judgment case 27-CV-23-4647 for our entire Lands of Shem and all that come from them planetary wise from the Gold, silver and precious stones and all of our "Ancient Holy artifacts" that the Pope knows of, for building purposes to restore our 70AD Kingdom and Temple under this Restitutionary act for this debt recovery from these fictitious Quasi Accounts within this CESTUI QUE USE Quasi Corporation of America trust. That they have of us listed as a non-trustee over our lives to any of this as their trustee (USC 15) States as a lien, as this Biblical Edomite establishment of Esau modern day biblical contracted descendants have enjoyed harboring as the Grantee's under their Blessings of his sword and fatness of the Earth plus the control of our Sea's. That's setup for grabs (Everything in the "United States" is up for sale: bridges, roads, water, schools, hospitals, prisons, airports, etc, etc... Did anybody from this Corps take time to check who bought Klamath Lake?? (Executive Order 12803) contract wise now, now that their blessings spiritually and physically have ended Aug 20, 2019-present Prophetically and Mentally from all Contract obligations as these Prophetical end time events shows for our rise unto power outside of this falsehood of unjust enrichments by fraudulent obligations we seek our Chargeback Non-negotiable Bill of Exchange from (28-2303).

(C)  Against this UNITED States of America Inc. Quasi Shareholders and Stockholders whom defended this fraud Sep 8, 2023 Corporately against our Class Action civil pursuit for Restitutionary damages and release for Happiness with our possessions, by this dismissal by intrinsic fraud to the Hennepin County 4th district Courts in the state of Minnesota as stated above, and historically alone these Heinous acts of Dehumanization and Discriminations and police brutalities Etc, "Pierce this Corporation of America Veil" as we strongly apply this Doctrine against all there Shareholder Corporate "Agencies" according to the Wording of our Restitution Recommendation form as of Dec 19, 2019-present to the Trump Admin and our Re-informal April 1, 2021 to the Biden Admin that was filed with the civil courts clerk April 11, 2023 within the statute of limitations. Which by lack of rebuttal under the Ten Maxims of Commerce law we seek direct judgment off that alone for this Default for judgment, even though through more strategic planning of this fraud we see by this signing After the fact of filed claims, on June 1, 2023 how this Employee by the oval pin behind this actual Corporation we come after declared cancelation of this debt value without releasing it unto its righteous owners as it was "taken from us" (FRA, Public Law 118-5 ) and it holds no truth especially according to this legal due process of default and Exposure of all this Treason since this Securities ACT of 1933 state of emergency act FDR. That proves this territory no longer holds entitlements by the oval pin or to anything stated below unto us that is handled such as real and personal property, ( https://www.londonworld.com/read-this/queen-elizabeth-ii-funeral-what-is-the-breaking-of-the-wand-and-when-will-it-take-place-following-funeral-3847812 ) and by this rebuttal of all things that's before this FEDERAL Corporate Administrations in truth according to legal due process, so you know we know and come in the acknowledgment of these legalese that (There are NO Judicial Courts in America and have not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. (FRC v. GE 281 US 464 Keller v. PE 261 US 428, 1 Stat 138-178) the courts as "judge's", that defends this Corporation Second Constitutional law as a legal judge by this title "Judge" is dead that lacks jurisdiction on these Grounds under my Holy Heavenly KING Authority and My Crown, whom I would hope this Corporate Entity is "not relating" this so-called GOD to that's on their fiat. And as you're unto this Corporation as a Non-Administrator since 1789 awakened from the dead under this Corporate Act of 1871 Raised from-

the dead by later coming in under this Treasonous Establishment by the oval pin of President Franklin D. Roosevelt as of this securities Act of 1933 as a spark of Administrative Redemption for this Corporation of America, in use under this fraud as a Federal Courts justice Administrator because of its bankruptcy you can justify, that "we the Seed of YAH" well alive in Sovereignty as of Aug 20th 2019-present seek our Chargeback Non-negotiable Bill of Exchange §28-2303 from. And by these Ten Maxims we would recommend you as the Administrator on the (Title IV 60 Stat. 842) behalf of these Corporate Shareholders and Stockholders absences to stand up or honestly whomever would of them [From this SEC UCC Quasi Corporation of America to "defend this fraud" of these- Corporate acts that historically exist, which we're letting it be known also we're coming after the "Corporation (s)" not any Artificial person liable to defending this fraud that will pierce this Corporate veil indefinitely only because of this long history of Restitutionary damages and stolen value by unjust enrichments as and alter-ego instrument within this Biblical 400yrs sentence of Heinous Acts. That we have Completed now as this Remedy is designed to come against all corporations that's link in this Quasi Contract matter of these Forefathers parent Colonial Corporations of Great Britain whom are established off these unjust enrichments Foundationally such as this Virginia company of London and its shares EIC, RAC, SSC Maritime companies] against me in this dispute as we come for the Corporation's "debt it owes not the person whom defends it" and this Affidavit destroys all protection Torts that's Federally set in place for these Civil liabilities or Contractual liabilities as a help unto this Dummy Corporation of the United States of America because of this foundation that's Established off the Fraud of this Securities Act of 1933 that caused this State of Emergency Act of 1933 FDR, that shields it's treason against us when it comes to this stolen value towards debt outside its sovereign immunity. As we the true counsel of the Most High YAH within his Righteous inspirited Law, unto all the Landmasses as our creator of all things in Sovereignty shall destroy this Quasi Contract obligations for our true independence and for what have been "taken from us" by this unification of this Class Action Pursuit towards these Restitutionary damages as the republic of the Land under our Scriptural Laws, Statues and Commandments and Judgements.

(D) For our true release with this Compensation from this District of Columbia Organic Act of 1871, Security Act of 1930-33 BIS/ World banking partnership whom established these Certificate Commerce loans Contractual obligational programs within this Quasi Corporation of America secretly that gained this stock unjust enrichments, that we place in dear need firstly of an internal investigation to be done then for this dispute under this Ten maxims Commerce Law rule that need to be done point by point off the validation of these entire affidavits of my case under 27-CV-23-4647. As supporting Evidence mainly to this affidavit of Petition to break these obligations of this Contract of this fraud by someone whom will stand up and defend this fraud with jurisdiction, front to back under your Administrational constitutional authority only, "not an act of dead title since 1789 unlawfully" but alive as of 1933-present in knowing of this "State of Emergency act of 1933 FDR". All affidavits and case laws and doctrines are presentable against this Quasi Corporation of America, "Etc which is" its Shareholders that I AM sure internal investigations can track of our Security interest certificates numbers unto, that's of these Shareholders and Stockholders within this expression by petition and this will cause derelictio to its ship! on all our Biblical Shemite Lands and controls of our Scriptural Sea's that has pronounce us lost and dead at Sea by this Royal navy maritime CESTUI QUE USE Vie Act of 1666 trust that's of Great Britain, under this actual Admiralty Maritime Law that placed us in custody of this Quasi Corporation of this territory of Washington, DC, which hasn't existed "Judicially" since this 1789. That shall sink by this exposure of this outstanding falsehood to my Tribes on our Lands under this Intro7.2 Separation of Powers Act by this 1933 Treason of President Franklin D. Roosevelt, just to state this up front by these case laws labeled by Column of (8.) (9.) Because of this SEC Strawmen Fictitious Corporate- territorial state of Washington, Dc operating as a tyrant government that's been caught defending this Certificate Contractual fraud. And this is where my Civil and Biblical Bow fires these ARROWS to Pierce this veil for this Dissolution because of all these unjust war crimes against my Tribes as this "alter-ego instrument" (Development Bank of the Philippines vs Hydro Resources Contractors Corporation, G.R No. 167605, March 13, 2013) under this tyranny and lies. As we see that is still Implanted on our Estates as a Baronet industrialized Modern-day Parent Corporation whom is clearly a dead corpse Caught in fraud and now drowned at Sea, now that we shall obtain our Compensation as the true Tribes outside of this falsehood of this Balfour Declaration of Israel where we're now well alive from these drowned lungs. Rising from under this Patent of this UK Fraud of this CESTUI QUE USE Vie trust ACT of 1666, I come back to revive In my Holy KING New Name and his righteousness to obtain the value of all obligations that's against us as his stead that's labeled dead and lost at Sea for these unjust enrichments that took place for their growths, that have been ended since we've been alive since Aug 20th 2019-present by completion of our 400yrs. As, I claim all my possession by this default of the 27-CV-23-4647 case by either appeal for direct judgment or this Affidavit of Petition of Release from all obligations by this Chargeback (§28-2303) which I feel is much more required. [Which we place before you as this associate receiver in Righteousness whom has pledged solemnly as a "Judge" under Oath to an Federal "Judicial" Supreme Courts system that have been dead since 1789 instead of its based Corporal Establishment under this second Constitutional Federal Courts of this territory of Washington, DC 1871 Administrational oath to administer justice, under this "Marital law" ACT, view (D.8,P)] too all that's within their Corporal Federal American Citizen-ship that this case law (There are NO Judicial Courts in America and have not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. (FRC v. GE 281 US 464 Keller v. PE 261 US 428, 1 Stat 138-178) l9. There have NOT been any judges in America since 1789.) (There have just been administrators. (FRC v. GE 281 US 464 Keller v. PE 261 US 428 1 Stat. 138-178) shall be rendered unjustly to us as a "slave" outside of this proposition of this H.R.1242 within these Strawman contract obligations that-

proves us dead and lost at sea by these CESTUI QUE USE Vie trust ACT of 1666 of this Crown of Great Britain. So, now by my affidavits and the Mouth of this Corporate VP Kamala Harris June 20, 2022 Emancipation proclamation statement on the behalf of our Strawman obligations in returning back what was actually "taken from us" by this Affidavit of Petition this Redemption gives me the keys to the Cuffs of my Tribes that will free us from this Custody of this Territory of Washington, DC as this Corporate VP stated. Since We're still without this return, as she holds this allegiance to this Admiralty Maritime Law duty within this District of Columbia Organic Act of 1871-1933-2023 Quasi Contractual foundations they have with us for "Berth/Birth certification value" where we Grounds these claim of Restitutionary damages for, that must be reimbursed unto us now with all that consist of these obligations under all this Department of Commerce trade and secret Accounts that's the backing of this Dollar as the value off our Securities interest Records within this Quasi Contracted Strawman Corporation of America. Where we will now be looked at as a non-taxable unincorporated sovereign Tribe truly Emancipated and well alive and rescued by our Scriptural Account of (Gen 15:13-14 and Levi 25:9-13) unto our Holy KING by all this evidence above and below of what has been Commercially Contractedly proven unto the " FEDERAL Courts of Administration" that was taken from us, by I the Crown holder that's well overdue for these collections of these debtors unto my creditors since Deac 19, 2019, June 20, 2022, April 11, 2023, by our scriptural Jubilee and this Admiralty Emancipation of this Territory of Washington, DC. But However, by your Constitutional law outside of this war of this (State of Emergency Act of 1933 FDR) that's against us in treason somehow someway in truth now that IAM alive and active in reclaiming all what's entitled unto me and my 13.4% of my Tribes by recovery of all that's within this Department of Treasury/ IMF [Etc, Banks], we shall receive back in true justice. That has been Fraudulently obtained through these obligational values off us as dead FEDERAL STRAWMAN CITIZENS unto these shares, for unjust enrichments even though this truth is stated within this so-called FEDERAL ``Judicial" Administration of 1933-present. And as a representative unto this legal Quasi Contract civil suit you shall give us whom are the true descendants of Yashar'ale whom seek to be freed from all Strawman obligations as an Non-taxable unincorporated freed stock as the Scattered Tribes of Yashar'ale whom Renounce this apostate Roman Church and Britain Statute Law Revision Act what is right for [ By this Class action act as the 12 Tribes of Yashar'ale in oneness unto our Righteous Holy KING our FATHER whom throne sits High and lofty in the Heavens in All Glory and Majesty that destroys all unrighteousness, as his Seed whom are Redeemed through his spiritual Salvation that wholeheartedly Physically Denounces all the Strawman names and we cast out all the Social Security Numbers of these Quasi corporate contracts to obtain the substantial Values of all obligations by taken back our Strawman that was "taken from us" first for these unjust enrichments purposes. And with this release we shall establish our own Economic reform! And now that we're Revived and well alive (Eze 37:12-14) and have been Emancipation since June 20, 2022 by the statement of Ms. "Kamala Harris". We shall receive all Restitutionary damages and Values as ordered, from what our Securities act of 1933 intro7.2 Separation of Powers oppressors of this Admiralty Maritime Commercial Law of the territory of Washington. Dc have done unto us that have caused many genetical Damages that are questioned over time through attempts towards Restitution/ Reparations, Since this Congress H.R 1242 Log alone breaks this Custody as stated to the crown of Britain by themselves proving us as the Transatlantic slaves whom are kidnapped unto this federal Citizen-ship and now with all claims at hand well alive in Sovereignty unto the LORD our YAH and not dead or lost at Sea as this Congress log shows by our oppressors "powers" of Quasi legislations. So, now that it is stated we as the Tribes of Yashar'ale are alive we place this 1st amendment to this corps head of states to know Faithfully and not religiously we're in well acknowledgement of our Righteous Hebraic Customs, Tradition and Holy Scriptural Laws and in well knowing of why all these plagues are going on in this world against all whom are apart of this Biblical Roman Empire and its Branches because of this fraud (Zech 5:1-4) ] our righteous response justly according to all that's in this legal affidavit that's of our-personal prosperity that's tied within these Restitutionary damages and Values we seek from this breach of Contract by this Corporation of America, Etc that's of its Shareholders and Stockholders by these fraudulent security interest trust accounts.

(E) In truth and by facts as stated in this Quasi Contract as statements of I, The Crown holder in collection comes against this Parent Quasi Corporation of America Metonymy and its Britain and Roman Crown Holders as these Grantee UN/EU/UK debtors, which proves all things that happened against "Us" Ephraim and Yuhuda for all these Restitutionary Recoveries of our Possessions and lands, we reclaim back in full interest set apart from all strawman Obligations and entitlements we've lost at sea. I come to redeem and recover now through all claims in full interest from these Strawman Contract obligations (§ 16-501) (a)(1)(2)(3)(c)(1)(2)(3)(4)(5)(d)(2)(e)(f), as the Crown Holder of the House of King David within full interest by bloodline and eminent domain of these (Estates and Alkebulan which is present day Africa for my recovery towards Economic reform purposes to be a light to all that's of Righteousness and Holiness) by my Spiritual Birthright to "the degree, quantity Nature, and extent of interest, which a person has in real property. An estate in Lands, tenements, and hereditaments signifies such interest as the tenant has therein", according to all that's held accountable in these affidavits under my individual request and demands of 20% from all-illegal shares and dividends from all these illegal CEO contracting tenants on my "Estates under this SEC UCC and its Article 2 of this Commerce operation of this District of Columbia Organic Act of 1871 on all Stolen Lands that been accumulated under this fictitious creation of the Vatican city, which is the territory of Washington, DC (Everything in the "United States" is up for sale: bridges, roads, water, schools, hospitals, prisons, airports, etc, etc... Did anybody in this (FEDERAL Administration) take time to check who bought Klamath Lake?? (Executive Order 12803) as we gain this Liberation by departure from all contract private accounts as stated in our

Contract- for Restitution Recommendation debt case file 27-CV-23-4647 that haves us logged as of now, as new chattel (§ 9-105 (A) (4) (We are human capital" (Executive Order 13037) The world cabal makes money off of the use of your signatures on mortgages, car loans, credit cards, your social security number, etc. The U.N. – United Nations – has financed the operations of the United States government (the corporation of THE UNITED STATES OF AMERICA) for over 50 years (U.S. Department of Treasury is part of the U.N.) and now owns every man, woman and child in America. The U.N. also holds all of the land of America in Fee Simple. The good news is we don't have to fulfill "our" fictitious obligations. You can discharge a fictitious obligation with another's fictitious obligation.) Presented as collected collateral (§ 28:9–621(A) (1)(2) that's before this Corporation Shareholders such as the Department of Defense and Treasury/ IMF such as this ( https://photos.app.goo.gl/C4qiEnzWhAcswc4Q8 ) trustee (USC 15) As all Real - Men with Hands and legs, and all real Land In the United State of America as a lien (The U.N. – United Nations – has financed the operations of the United States government (The corporation of THE UNITED STATES OF AMERICA) for over 50 years (U.S. Department of Treasury is part of the U.N. see above) and now owns every man, woman and child in America.) that's now in your Constitutional Administrative rights in justice unto "We as the Holy Scriptural freed Seed of YAH" well alive as of Aug 20th 2019-present of our Biblical 400 yrs completion of this Baronet Virginia company Enslavement and now Federally since June 20, 2022 from this actual Custody of this Admiralty Maritime Commercial Law to render us this Righteous justice as an lawful criteria and to have this Corporate executive of America to response before the World explaining we're the true Yisralites with all these claims within these obligations by our "Class action" Chargeback Non-Negotiable Bill of Exchange (§28-2303) in Restituting our damages in release of this "Enormous debt" on all levels that was "taken from us" according to our Emancipation by a true apology to please our Holy Heavenly Father. (No matter what may happen to these Grantee debtors that I come to collect these debts from these individual account's sums in full stated under these Strawman Master Cusip and TDA (19-1305.07) account and with all we helped them obtain" under the contract of partial indentured servitude according to the BOE Slavery Bank Entry-book of non-contracted pay, for this non-pay we reclaim all these precious metals back that we labored for under this LBMA 'London Good Delivery' bars (§28-2303 ) And by your codes and Statues you can perform this legal affidavit only as an administrative assistant of this Securities Act of 1933 District of Columbia Organic Act of 1871 as stated above, not as an expired 1789 Government employed Judge as case laws listed below states by numerical forms of columns (5)(6)(9)(15)(17)(18) No offense but it's your law under this 1933 Treason, view (D,8.P) in Consideration also of this state of Emergency act of 1933 FDR. Under this FEDERAL supreme court of law of this Quasi Corporation of America as a territory in Washington, Dc in allegiance with its "Second Constitution" that defends "all things" on LAND in the AIR and on the SEA in appliance with the help of this Vatican City lex fori law of Fraud. And by this truth of the Facts of this entire remedy against all fraudulent Contractors I come by my testimony against all these Grantee debtors by use of this Commercial operation of all the Ten Maxims of Commerce of Law but specifically of columns (3)(4)(5)(6)(7)(8)(9)(10) By a truthful ruling in understanding of all our records on file under this case # 27-CV-23-4647 historical and Congress logs of Evidence and Firstly by our Biblical truths, for this Compensation from this Corporation of America and its Shareholders, Stockholders and all its fleet hybrid agencies must Shutdown operations. By this Eviction Notice within 30 days before their extension of treasonous deeds of this upcoming Elections and for my Tribes public apology before the Entire planet as my Restitution Recommendation states for all we've gone through even though it Spiritually proves why Trump is facing 2020 charges for his rejection trying to overturn his lost (The United States does not have any employees because there is no longer a United States! No more reorganizations. After over 200 years of bankruptcy it is finally over. (Executive Order 12803) 6. The FCC, CIA, FBI, NASA and all of the other alphabet gangs were never part of the U.S. government, even though the "U.S. Government" held stock in the agencies. (U.S. v Strang, 254 US491 Lewis v. US, 680 F.2nd, 1239) but by the law of the land under our Scriptural abode of (Joel 2: 20-23) all will have to leave "all eminent domains of my Estates of Turtle Island, and lands" of Alkebulan including by embassy establishments that's attached to all that have been achieved by contracts or Treaty through this fictitious Corporation of America Securities 1933 Quasi "CESTUI QUE USE vie" ACT 1535-1666 Fraud with its Roman allies that shall never harm my Holy KING Planet or anyone ever again. By Air, Land or Sea that depopulates our societies through commerce private scientific sectors or this crooked BIS monetary contract international fraud systems that's dictated through this Corporate Government of sodomy policies or spiritual Military energy weapons that cause many secret Bondages by neuron silent mind Controls as a war tactic against to stay dumbed down to all that's presented before this FEDERAL Administration that I also have listed by patent and link that I can also bare witness to as presentable evidence for Dissolution. According to all that belongs to my Heavenly Holy KING, I and His Tribes as his stead according to Column 8 and all UCC and Article 2 CISG contracted offices without these possessions wherever our certificate Security Records numbers are tracked under this internal investigation. Which will make me the now the policyholder of all our possessions in recovery by this garnishing structure after this legal due process of whom stands to defend this contract fraud and Unjust enrichments and Heinous acts over these 400 yrs of our Scriptural Sentence that have been completed as stated, and now under the oval Pin of this X President Franklin D. Roosevelt Securities Act of 1933 of fraud, and now on the behalf of my birthright as Crown holder to all full allodial entitlements of all things Sovereignly that's under this CESTUI QUE USE Vie trust act of 1666 of great Britain and its Washington, DC Territory master strawmen Cusip and TDA private accounts unto my Tribes as our possessions as a non-taxable unincorporated Tribe under my Holy KING as of Aug 20th 2019-present of the Heavens and Earth herein on all Lands by our value as a loan under contracts or trust, according to our Scripturalality in our Father's Lands from the River Nile unto the Great River Euphrates as Our Holy Precept states (Gen 15:18) I-reclaim all value for my creditors.

Argument for Dissolution.

I bring forth to the Courts also this Doctrine of piercing the corporate veil, to obtain this debt of this Parent Quasi Corporation of America and all Stockholders whom are liable for these acts of this District of Columbia Organic Act of 1871 under this Doctrine also of (Development Bank of the Philippines vs Hydro Resources Contractors Corporation, G.R No. 167605, March 13)

And Now we will bring to the FEDERAL courts of Claims our Affidavit Petition of Release these final facts of another Reason why our Class act Cashback Non-negotiable bill of Exchange should be honored by this Declaration of Emancipation Release with all these Security interest Contractual Recoveries, because by your law with all that has been stated by my true statements above proves this Doctrine of piercing this "Dummy Corporation" veil. That shall be implemented strongly towards its Dissolution completely and immediately and sent back to the Vaticate owners In Proper use to them for their Economic help and struggles and not ours! as the Sovereign Land owners to "the degree, quantity Nature, and extent of interest, which a person has in real property. An estate in Lands, tenements, and hereditaments signifies such interest as the tenant has therein", according to all that's held accountable in these affidavits under my individual request and demands from all these illegal contracting tenants on my "Estates without us as their Commerce livestock Value or trade especially now that their hands is being removed also out of my Tribal possessions in Alkebulan also which is present day Africa. And by this piercing it leaves all monetary contract shareholders and stockholders of this Corporation of America liable to the "debt" even such as the Guardians for Inclusive Capitalism (No matter what may happen to these grantee debtors that I come to collect these debts from such as all shareholders and stockholders whom become liable for all debts 19-1305.07 ) In the truth of this matter Lawfully according to the doctrines rules of the alter-ego, defending of fraud and Crimes. And by also violating the rule of all the Commerce Ten Maxims columns (1)(2)(3)(4)(5)(6)(7)(8)(9)(10) by rejecting my chance of a proper fair trial in the case file 27-CV-23-4647 by this Summons of Proof of service that shines light towards this intrinsic fraud that places this Treasury and Department of Commerce liable also to this debt because of these two Executive Administrators avoidance to this case, and Here's the courts three approval Requirements as the three Reasons to bring this Doctrine of piercing the corporate veil into play against this 28 USC 3002 (15) (A)(B)(C). Which put this Corporation of America, Etc in full liability such as all 52 State Capitols herein all my Estates for this Compensation towards these Restitutionary damages, and how everything below prove this honest need of this Doctrine of piercing this Quasi Dummy Corporation veil off our indigenous Lands also by their alter-ego and defeat of public convenience, and by our Scriptural Sovereignty this is how we pack our force behind this Arrow by all this evidence that shall come into power spiritually firstly and civilly lastly, as a counter unto this Church Government Laws of Rome and Firstly by our LAWS of our true spiritual inheritance that our Holy KING Malakims has given unto us for our Priestly LAWS of power to be taught by the true inspiration of the LORD our YAH in Rulership to all as his fruit of the Planet once again with our sword in defense in Righteousness against all forms of Congress falsehoods or all illegal government creations. And by this Corporate Congress Emancipation and Autonomy rule of equal so-called Freedoms for these rights that we have that fails us brilliantly Under this Civil Corporation of America Martial law, as the true Tribes of Yashar'ale as these Admiral Maritime "FEDERAL citizens" we seek are set apartness from of all unrighteousness, that this link explains for further more fuel ( https://youtu.be/OlKwDxxldrY ) that we're no longer are apart of under this British Citizen-ship or its activities since Aug 20, 2019-present spiritually and physically as our prophetical plagues proves strongly. Which set us apart from it all under our Biblical Laws and this congress VP Kamala Harris Emancipation proclamation statement that we ask the Federal Courts of civil claim in accordance with this Chargeback Non-negotiable Bill of Exchange Class action Act to acknowledge her powerful words in a way of freedom without the fulfillment of her words to us as the Seed of Our Holy YAH by establishing given actually back what we demands that was "taken from us" for by all the claims we bring forth to be Heard herein because of all these historical "corporate crimes", under this Emancipation Bill of Exchange in full recovery for all our Restitutionary damages and illegal Contractual obligations that have occurred to us, by this chargeback. Which this also gives more proof for this "Eviction Notice" to be heard herein our Republic Lands of the so-called West by this case study acknowledgement true meaning of this United States Vs Strang 254 US 491 US Vs US 680 F 2nd Edition 1239 case study (The United States does not have any employees because there is no longer a United States! No more reorganizations. After over 200 years of bankruptcy it is finally over. (Executive Order 12803) plus the FCC, CIA, FBI, NASA and all of the other alphabet gangs were never part of the U.S. government, even though the U.S. Government" held stock in the agencies. (U.S. v Strang, 254 US491 Lewis v. US, 680 F.2nd, 1239) with this understanding, that it hasn't been a judicial occupancy on our lands since 1789 and for this Congress re-understanding of its bankruptcy and impossible Re-Organizations since the Abraham Lincoln bill signature of 1863 unless it had to do with fraud as you can see above in accordance to this chapter 11. In also knowing of this State of Emergency Act of 1933 FDR plus this Resolution # 5 of Restoration. That shows us under this Class action default for judgment how all these fraudulent Acts of theirs was formed later down the line by SECRETIVELY making my Tribes this Mere chattel personal property again under this actual Commerce security interest contract international fraud backed as the dollar value of this Establishment of their UN Allies BIS 1930-33 security IMF (2. The IMF (International Monetary Fund) is an agency of the U.N. (Black's Law Dictionary 6th Ed. page 816) 3. The United States has NOT had a Treasury since 1921 (41 Stat. Ch 214 page 654) 4. The U.S. Treasury is now the IMF (International Monetary Fund) (Presidential Documents Volume 24-No. 4 page 113, 22 U.S.C. 285-2887) bank which bought this Corporation of America,  Etc and "us" for their international Contracted Strawman's loans programs that also draws connections-

to the hands of this security fleet hybrid agency that is not apart of this republic Government of the Land but are the Quasi Corporation of America as the SEC and Department of Defense and Treasury which never honestly and still unto this day Consist as an true Government for the wellbeing of the people ``AS WE THE PEOPLE" ("The People" does NOT include you and me. (Barron vs. Mayor and City Council of Baltimore 32 U.S. 243) but only a Scrutinizing contracted monetary vacuum for the Vaticate purposes off our energy that consist of continuing our biblical 400yrs enslavement that opens up the truth of the Matter of them being the Biblical descendants of ESAU that still to this day Hates his Scriptural Brother Yacob and all his Descendants because of our Birthright that proves this trail of hate by these non-payments to me and my Tribes throughout history of recovery. ( https://www.tiktok.com/@rebeccasymone_/video/7193797986302971179 ), That actually places this entity of the territory of Washington, DC under my Holy KING spiritual plagues of turmoil as the World can see first Hand from Holden us captive unto them under these Security Fleet agencies Stock frauds without a true Emancipation that has been proclaimated outside of this Treason of 1933 that's declared as martial law, whom we see are on payroll to actually Manipulate our Tribes into this industrialized modern day enslavement as an continuance for business! by their sinister use of military energy weapons also check this link that still have 6g tower harm etc ( https://www.bigbrotherwatchingus.com/official-mind-control-patents.html?fbclid=IwAR1WOQdnCF3tXFZNa1D3w1LBEA4Vh_oCjGQLifJt5NyUviaFXWtoscwcXF8 ) and this FDa Eugenics Food source they use as altering Chemicals just to spike our neurons brain waves for their mind control use. To keep us from awakening to our prophetical roles outside of this extensive servitude and depopulation plan that consist of our actual Biblical Exile and Rise to power as the house of Yacob according to our true inheritance, this proves and "defeat this alter-ego public convenience". Which this Patent attachment sheet I have against them displays all their dirt to the citizens and my Tribes that's a strong use of Proof that shows the true intent of this Security Department of Defense, Character of these behaviors that we see as the Tribes of the Most High is proven to secretly enslave us under these gamma wave attacks they direct towards our Society, as this alter-ego instrument in what they seem to deem help towards so-called Mankind under their new world security order with their Galactic federation "Top secret ET's" as of Dec 8, 2020. Even before that date if any as a help despite compensating our debt which proves this reasoning in this Dec 19, 2019 denial of my Contract to freedom Restitution Recommendation form for all our Recoveries of this "Enormous debt" and for my Heavenly Holy Father Kingdom to be Restored here on Earth as it is in Heaven, please view the Forms of the case file 27-CV-23-4647. But instead as a 2020 response we got a National shutdown and 5g tower emplacements everywhere which draws sinister motives to enslave under this silent military act of war outside of this 1933 structure to stop us mentally by this controlling of the human brain neuron functioning secretly. So, In all honesty I would hope this case don't scare you Judge of whom is Ms. or Mrs. even Mr., but listen good a righteous System in the Most High shall set us all free from this mess of these Demonic ET controls of Humanity by piercing all the areas of this Corporate Commercial economic Business of America/ UK/EU veil that proves these other things also, with these three + "lawful" reasons and "shut it down" and give my Father all he's mentioned through me for his Seed or he will Prophetically Consume all systems and Nations. And this is why this veil needs to be pierced and replaced by my Tribal inheritance order with our Economic reform structure within our Holy Kingdom setting by a reconstruction of all my Landmass systems of Laws and business of Righteousness that's Not of greed nor bullying by sanctioning other Nations. (America is a British Colony. The United States is a corporation, not a land mass and it existed before the Revolutionary War and the British Troops did not leave until 1796 (Republica v. Sweers 1 Dallas 43, Treaty of Commerce 8 Stat 116, Treaty of Peace 8 Stat 80, IRS Publication 6209, Articles of Association October 20, 1774).

Courts Requirements Of Piercing The Corporation Veil:
1. Because of this strategic Stock fraud scheme, making us a Mere Chattel Property Bonds way after many abolished slavery Acts and Emancipation Proclamation's that shows a strong fact of Falsifying of information for use of our livestock Value by obligations of false contracts. 2. Treason by becoming tyrants against our biblical Jubilee Release under Sovereignty with our Restitutionary damages in set apartness from all Civil bodies as of Aug 20, 2019-present and as this Emancipation proclamation statement on June 20, 2022 by this Corporate VP Statement, which have resulted in a lie to us all as the true Prophetical House of YAH in honestly receiving what have been "taken from us" by this true independency. As we've been biblically freed from this strawman enslavement of Rome improperly because all its Branches whom rejected our Scriptural mandate of our Holy KING (Lev 25:9-13). 3. Defamation by upholding and defending an outstanding scandal that consist of our Stolen Scriptural inheritance of our Nationality and Name, and all of our Possessional blessings through their Balfour declaration that Established this false Nation of Israel as a state May 14, 1948, Which also shows a strong fact of their Falsifying of Congress documents by later acknowledging whom we're as the Biblical Yisraelites under this Congress log of H.R 1242 that labeled us as the Transatlantic slaves that proves we're Yashar'ale. 4. For the vast amounts of heinous and fraudulent acts this "Parent Quasi Corporation" have done to us with its shareholders and stockholders over these 400yrs under what the bank of England have established through these modern sub companies of this Commercial Baronet Admiralty Maritime Commercial American Stock market such as theEIC, RAC, SSC. 5. Because of these dangers to Society in this alter-ego, by all their manipulative mind controlled military programming's that these Patents strongly proves against them and all of the truths about their eugenics issue and chemicals trails and sprays also to depopulate and mentally destabilize our acknowledgement of breaking this matrix, that come under the Authority of the owners of this District of Columbia Organic Act of 1871 security Defense as a clear direct order to silently war-

against us all because of their Corporate monetary industrial debt bondage hungers within this State of Emergency Act of 1933 FDR and whom we're as the true descendants of Yisra'el seeking set apartness from this 400yrs Biblical bondage .

### Birth of a New Nation with all obligational values:

[ I, Elyakim D. Beulah. As the Crown Holder of this Via A Trust, in retrieving as a third-party Collector of all obligational values and Assets on the behalf of my 13.4 % of My Heavenly Father Tribes whom are the creditors within our Nation New Trust: 1. Elyakim: This means When used here an arrangement whereby a person (In the land of Bir Tawil in transition unto the City of Elyakim, Land named Beulah as our Kingdom named The Holy Divine Kingdom of Mt. Zion) holds Property as the Crown authorized Holder to receive such personal property in reclaiming of all titles, unto all 13.4% of my Tribes of Yashar'ale whom are beneficiaries, of those whom are labeled also as dead and lost at Sea under this CESTUI QUE USE VIE TRUST act of 1666 of Britain, ( https://photos.app.goo.gl/ab8uv5qG8tri4Z22A ) by this Chargeback Non-negotiable Bill of Exchange (28-2308). 2. Elyakim: This mean this is a Non-taxable, unincorporated, by a Non-Resident of the United State, Non-belligerent Non-combated 100% private Land based transaction unto the Land of my Fathers within the unclaimed Land of Bir Tawil for occupancy.] We also by this Remedy come to establish our Jurisdiction as the true House of Yashar'ale by this understanding of this Via A trust in obtaining also the Land of Bir Tawil. And In clarity to this territory of Washington, DC Admiralty Maritime Commercial slave insurance I hold full interest of all titles as being my Heavenly Father Elect as a Men whom Holds the Birthright by Scriptural and Spiritual confirmation to redeem our Strawmen's from the deep of the sea that's no longer lost nor dead within this CESTUI QUE USE Vie trust act of 1666, that we petition to come Into review for this debt by all damages in establishing this Declaration of Emancipation from "all these civil bodies" with this Compensation to fall Under our Independence as a New Nation by this pursuit to Happiness towards this Reformation of our Administration which is W.E.O Mission of Helping hands Development, File No. 1115485100026, [ That I come to also redeem as an Non-taxable unincorporated Entity, from this IRS policy that will consist of our set apart banking system outside of this District of Columbia Organic Act of 1871 UN IRS policies of this Securities Treasonous Act of 1933 bank emergency status. Where I petitioned this Corporation of America by this Freedom of expression to bring in all my Heavenly Father Stead, where I'll Economically reform (§ 42-516) "our Multi-Colored Nationalism" Tribal structures of all of our black and brown owned storehouses, educational Structures and health centers accordingly to our Holy KING Ordinance of Conduct of our peculiarities unto him as a light to all, as our Holy Scriptures true inheritance States by its biblical point of views as his Scattered Tribes no longer that's block by this Balfour declaration of False Israel that this congress in Treason, as this log of this H.R.1242 proves of their falsehood. So, by this Accumulation of our actual Tribal Economics that ill reform in our set apart pursuit to happiness with my Brethren and Sisters under the Establishment of this Declaration of Emancipation we shall become independent with our possessions, as this formation of Righteousness take place that have been stated in our Contract for Restitution Recommendation within the case file # 27-CV-23-4647 where we will not have any need of this Quasi Corporation of America Strawman SEC UCC 1933 system regulations that govern over us in this Treason anymore. By their Corporate ledgers Numbers or corporate identity badges that displays this Babylonian Egyptian Washington, DC construct, as this Affidavit of Petition for release entry shall free us from all of these illegal obligations with all of our Restitutionary damages and stolen value that given this industry these unjust enrichments by these Quasi Contracts of this Corporation of America Etc. Because of what we're worth as there secret security interest Mere Chattel (§ 9-105 (A)(4) Personal property with our real property under this feudalism Admiralty maritime law embodiment that governs nautical Commerce with these shareholders as a lien for international trade. ]

### Contract For Release Of Commerce Security Properties:

We would also like by a just ruling Administrator Civil Truth in understanding our Prophetical Matter against this Scriptural Bozrah, Territory District of Columbia Organic Act of 1871 to redress this Quasi Contract of fraud and Treason. Under our Class Action act for this Chargeback Non-Negotiable Bill of Exchange (§28-2303) Establishment as a release from all Obligations of this Strawman contract fleet agency of this Department of Defense, and its Monetary shares such as this UN Treasury/ IMF (1. The IRS is Not a US government agency. It is an agency of the IMF (International Monetary Fund) (Diversified Metal Products v I.R.S et al. CV-93-405E-EJE U.S.D.C.D.I., Public Law 94-564, Senate report 94-1148 pg. 5967, Reorganization Plan No. 26, Public Law 102-391) 2. The IMF (International Monetary Fund) is an agency of the U.N. (Black's Law Dictionary 6th Ed. page 816) 3. The United States has NOT had a Treasury since 1921 (41 Stat. Ch 214 page 654) 4. The U.S. Treasury is now the IMF (International Monetary Fund) (Presidential Documents Volume 24-No. 4 page 113, 22 U.S.C. 285-2887) and Department of Commerce. So, by this Act for Contract of release with recovery it shall only be acknowledged seriously by a righteous justice in Lawfulness that over-stands this matter, by a deep understanding of this link that proves all this fraud against this Corporation of America whom declared war against us. That's placed in Spiritual custody by all our Holy KING Scriptural Prophetical plagues of these later days because of their rejection of our Petition Contract for Restitution Recommendation form for debt request on Dec 19th 2019 that consist of this file 27-CV-23-4647 in set apartness that's mentioned deeply throughout this affidavit, they will not stop until this release of all that's linked to this Treasonous Strawman's creation of this SEC 1933 Contract obligations of my Tribes being able now to be rescued whom are labeled dead at sea based off this CESTUI QUE Vie Trust. By this actual Charge back Non-Negotiable Bill of Exchange (§28-2303) Compensational Return to its righteous Land owners In Turtle Island and Alkebulan which is present day Africa and all our-

isles whom suffered from this British state of Historic Contracted Fraud since 1535-1666 ( https://www.youhavetheright.com/tour1/ ) as this Dead 1789 Government/ 1871-1933-2023 Quasi Corporation that must prepare for my Heavenly Brethren and Sisters to shut down all systems and Lands use off our meditations for this Elemental destructions as an continuance that all are seeing Worldwide from wars to glitching in these prophetic end times, of what they think could secretly be possibly an "Scorched Earth military policy" or Global warming since War is Declared. And my friends in Love and truth it would be wise to find your way from under this sinister fraud and come under my Holy Heavenly Father Law that's well Explained as stated in our Holy Precept (Isa 14:1-9) Which I'll instruct by a Holy and Righteous Economic reform of this Birth of our New Nation in export of this Treasonous Harbour. All of this is our Declaration of Emancipation affidavit in release of all Contract obligations: And in Competency once again Ms. or Mr., Mrs. Administrator this is Based off Our Restitution Recommendation debt and "Petition of Release of true Zion" and "Demands letter" that was filed April 11, 2023. I, bring to attention once again that All "links" and case laws must be Acknowledged as more proof of Evidence for exposure and Dissolution and compensation by this Quasi Contract Charge back on the behalf of all this Fraudulence within this 1933 Securities Act of President Franklin D. Roosevelt signed by the Oval Pin. The forms process (§ 9-105 (A)4) of this Department of Treasury/ IMF of the Strawman UCC 1 or the resale 144A banking process with all this fraud on LAND and the Sea will be void unto me and my 13.4% Tribes to obtain this Redemption from our private Strawmen's "Master Cusip" 30,000,000,000.00 and "TDA" 1,000,000.00 private accounts at its max once (§28-2303) reviewed and received by signature and sent back unto me as the third-party collector (§15-102(A)(1)(B) for these creditors in adherence by legal due process of clearance as we seek our interest in a Viewable acknowledgement of the 8300, 105 and 112 forms of this loan process on the behalf of my Creditors. This is a legal valid affidavit of Petition Contract of release from all Commerce Security properties to break all Secret Accounts and Private CESTUI QUE USE VIE Contractual obligations of fraud that came about for unjust enrichments, on the behalf of the value of our Ancestors and the 13.4% of my Tribes in Recovery from the Dead that's now revived from the Sea with this Complex Enormous debt. And a reformation Establishment within this Remedy for our Nation in set apartness from this Illegal FEDERAL CORPORATE embodiment of Fraud and Treason, In the location that's labeled in my Sum statement under the case file of 27-CV-23-4647 By any FEDERAL "Judicial" Administrator of the High Court's only (There are NO Judicial Courts in America and have not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. (FRC v. GE 281 US 464 Keller v. PE 261 US 428, 1 Stat 138-178) 9. There have NOT been any judges in America since 1789. There have just been administrators. (FRC v. GE 281 US 464 Keller v. PE 261 US 428 1 Stat. 138-178) that handles this case as a Corporal representative of this Quasi Territory of Washington, DC under oath of this Second Constitution as a convenience of allegiance to this Vatican City, Warned (Eze 33:9).

(8.D,P)
HERE ARE TRUTHFUL FACTS MOST PEOPLE DO NOT KNOW, …. BUT SHOULD… ABOUT THIS CORPORATION OF AMERICA AND ITS VATICAN SHAREHOLDERS AND WORLD UN/UK STOCKHOLDERS. The UNITED STATES of AMERICA is a FEDERAL Quasi Corporation. Go to the UNITED STATES CODE (note the capitalization, indicating the corporation, not the Republic) Title 28 3002 (15) (A) (B) (C). It is stated unequivocally that the UNITED STATES is a corporation. Lincoln made first executive order as Caesar (Luke 2:1-2) of the USA and made himself President Dictator and president of the Corporation ending the republic. We have been living under martial law ever since. FDR even passed a law that all US Citizens are the enemy of the USA. The US is bankrupt and has been since 1933, The Receivers of the US Bankruptcy is the INT Bankers via the World Bank, UN, and IMF All US offices, officers and Departments are working under a "defacto" status only under the emergency war powers. This new form of gmt is known as a democracy (Instead of Republic) being an established communist/socialist order under the "The New Governor of America" - Congressional Record March 17th, 1993, Vol 33, Page H-1303. It is an established fact that the US Fed Government has been dissolved under the Emergency Banking Act March 9, 1933 48 Stat. 1, Public Law 89-719 Declared by FDR Being Bankrupt and insolvent H.J.R. 192, 73rd. Congress in session June 5, 1933- Joint Resolution to suspend the Gold Standard and Abrogate the Gold Clause - Dissolved the Sovereign Authority of the US and the official capacities of all US Gov Offices Officers and Departments and is further evidence the US Fed Gov only exist today in Name only. US being in Martial Law since 1933 and as far back as civil war Senate Report 93-549 (1973) Us Citizens Declared Enemies of US by FDR ex ord 2040 and ratified by congress march 9th 1933 48 Stat 1. FDR changed the meaning of TRADING WITH THE ENEMY ACT of Dec 6th 1917 by changing the word "without" to citizens "within "the US. A Legal Name is a "Prisoner of War" Name. Fictitious "nom de guerre" name for a non-living entity: also referred to as the strawman and or transmitting utility. JOHN DOE -Name in all caps which is format called Capitus Diminutio Maxima

Capitus Diminutio Maxima (Maximum Diminished Status) means that a man's condition changes from freedom to bondage and becomes a slave or item of inventory - Black's Law Dictionary Revised 4th Ed. 1968. A fictional persona being surety for the debt as fiction in commerce also known as "Ens Legis" which means "legal entity" It is non-human and "civilly dead' '. That is not you... unless you are a fiction. Realize with your REAL EYES. Freedom is real and attainable. THIS PIERCE ALL VEILS THAT SHALL EITHER BE ACKNOWLEDGED OR DEFENDED. BY THIS DOCTRINE OF THE PIERCING OF THE VEIL, I come to free my Tribes and those whom are willing to cleave to my Heavenly Father Law. And to break down all the Statutes of Mortmain out of all my possessions such as Land.

https://www.scribd.com/document/402522625/Doctrine-of-Piercing-the-Veil-of-Corporate-Fiction-pdf

1. The IRS is Not a US government agency. It is an agency of the IMF (International Monetary Fund) (Diversified Metal Products v I.R.S et al. CV-93-405E-EJE U.S.D.C.D.I., Public Law 94-564, Senate report 94-1148 pg. 5967, Reorganization Plan No. 26, Public Law 102-391)
2. The IMF (International Monetary Fund) is an agency of the U.N. (Black's Law Dictionary 6th Ed. page 816)
3. The United States has NOT had a Treasury since 1921 (41 Stat. Ch 214 page 654)
4. The U.S. Treasury is now the IMF (International Monetary Fund) (Presidential Documents Volume 24-No. 4 page 113, 22 U.S.C. 285-2887)
5. The United States does not have any employees because there is no longer a United States! No more reorganizations. After over 200 years of bankruptcy it is finally over. (Executive Order 12803)
6. The FCC, CIA, FBI, NASA and all of the other alphabet gangs were never part of the U.S. government, even though the "U.S. Government" held stock in the agencies. (U.S. v Strang, 254 US491 Lewis v. US, 680 F.2nd, 1239)
7. Social Security Numbers are issued by the U.N. through the IMF (International Monetary Fund). The application for a Social Security Number is the SS5 Form. The Department of the Treasury (IMF) issues the SS5 forms and not the Social Security Administration. The new SS5 forms do not state who publishes them while the old form states they are "Department of the Treasury". (20 CFR (Council on Foreign Relations) Chap. 111 Subpart B. 422.103 (b))
8. There are NO Judicial Courts in America and have not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. (FRC v. GE 281 US 464 Keller v. PE 261 US 428, 1 Stat 138-178)
9. There have NOT been any judges in America since 1789. There have just been administrators. (FRC v. GE 281 US 464 Keller v. PE 261 US 428 1 Stat. 138-178)
10. According to GATT (The General Agreement on Tariffs and Trade) you MUST have a Social Security number. (House Report (103-826)
11. New York City is defined in Federal Regulations as the United Nations. Rudolph Guiliani stated on C-Span that "New York City is the capital of the World." For once, he told the truth. (20 CFR (Council on Foreign Relations) Chap. 111, subpart B 44.103 (b) (2) (2) )
12. Social Security is not insurance or a contract, nor is there a Trust Fund. (Helvering v. Davis 301 US 619 Steward Co. v. Davis 301 US 548)
13. Your Social Security check comes directly from the IMF (International Monetary Fund), which is an agency of the United Nations. (It says "U.S. Department of Treasury" at the top left corner, which again is part of the U.N. as pointed out above)

14. You own NO property!!! Slaves can't own property. Read carefully the Deed to the property you think is yours. You are listed as a TENANT. (Senate Document 43, 73rd Congress 1st Session)
15. The most powerful court in America is NOT the United States Supreme court, but rather the Supreme Court of Pennsylvania. (42 PA. C.S.A. 502)
16. The King of England financially backed both sides of the American Revolutionary War.. (Treaty of Versailles-July 16, 1782 Treaty of Peace 8 Stat 80)
17. You CANNOT use the U.S. Constitution to defend yourself because you are NOT a party to it! The U.S. Constitution applies to the CORPORATION OF THE UNITED STATES, a privately owned and operated corporation (headquartered out of Washington, DC) much like IBM (International Business Machines, Microsoft, et al) and NOT to the people of the sovereign Republic of the united States of America. (Padelford Fay & Co. v The Mayor and Alderman of the City of Savannah 14 Georgia 438, 520)
18. America is a British Colony. The United States is a corporation, not a land mass and it existed before the Revolutionary War and the British Troops did not leave until 1796 (Republica v. Sweers 1 Dallas 43, Treaty of Commerce 8 Stat 116, Treaty of Peace 8 Stat 80, IRS Publication 6209, Articles of Association October 20, 1774)
19. http://www.youtube.com/watch?v=IVsMUpPgdT0
20. Britain is owned by the Vatican. (Treaty of 1213)
21. The Pope can abolish any law in the United States (Elements of Ecclesiastical Law Vol. 1, 53-54)-

22. A 1040 Form is for tribute paid to Britain (IRS Publication 6209)-
23. The Pope claims to own the entire planet through the laws of conquest and discovery. (Papal Bulls of 1495 & 1493)
24. The Pope has ordered the genocide and enslavement of millions of people.(Papal Bulls of 1455 & 1493)
25. The Pope's laws are obligatory on everyone. (Bened. XIV., De Syn. Dioec, lib, ix, c. vii, n. 4. Prati, 1844 Syllabus Prop 28, 29, 44)
26. We are slaves and own absolutely nothing, NOT even what we think are our children. (Tillman vs. Roberts 108 So. 62, Van Koten vs. Van Koten 154 N.E. 146, Senate Document 438 73rd Congress 1st Session, Wynehammer v. People 13 N.Y. REP 378, 481)
27. Military dictator George Washington divided up the States (Estates) in to Districts (Messages and papers of the Presidents Volume 1 page 99 1828 Dictionary of Estate)
28. "The People" does NOT include you and me. (Barron vs. Mayor and City Council of Baltimore 32 U.S. 243)
29. It is NOT the duty of the police to protect you. Their job is to protect THE CORPORATION and arrest code breakers. (SAPP vs. Tallahassee, 348 So. 2nd. 363, REiff vs. City of Phila. 477 F. 1262, Lynch vs. NC Dept. of Justice 376 S.E. 2nd. 247)
30. Every thing in the "United States" is up for sale: bridges, roads, water, schools, hospitals, prisons, airports, etc, etc... Did anybody take time to check who bought Klamath Lake?? (Executive Order 12803)
31. "We are human capital" (Executive Order 13037) The world cabal makes money off of the use of your signatures on mortgages, car loans, credit cards, your social security number, etc.
32. The U.N. – United Nations – has financed the operations of the United States government (the corporation of THE UNITED STATES OF AMERICA) for over 50 years (U.S. Department of Treasury is part of the U.N. see above) and now owns every man, woman and child in America.
The U.N. also holds all of the land of America in Fee Simple.
The good news is we don't have to fulfill "our" fictitious obligations. You can discharge a fictitious obligation with another's fictitious obligation.

Stock Name Signature_____

Date _11, 22, 2023_

Notary Signature_____

GAYNELL M RAY
Notary Public
Minnesota
My Commission Expires
Jan 31, 2025

FEDERAL Administrator Signature_____

