# UNITED STATES DISTRICT COURT
## District of Minnesota

Deon Sinkfield, Jr,　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　　　　Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　　　　Case Number: 24-cv-00002 DWF/DJF

United States of America Inc.,

　　　　　　　　Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED AS FRIVOLOUS.**

Date: 1/4/2024　　　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK